JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED LAUNCH ALLIANCE,<br><br>Petitioner,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, DISTRICT LODGES 75 & 166, and LOCAL LODGES 44, 610, & 2786,<br><br>Respondents. | Case No.: CV 19-02742-CJC(PLAx)<br><br><br><br>JUDGMENT |

On May 28, 2019, the Court denied Petitioner United Launch Alliance's Motion to Vacate the Arbitrator's Award and confirmed Respondent International Association of Machinists and Aerospace Workers Local Lodge 2786's cross-petition to confirm the Award.

-1-

The Court hereby **ENTERS** judgment in favor of International Association of Machinists and Aerospace Workers Local Lodge 2786 and against United Launch Alliance.

DATED:   June 3, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE